Form transrec (11/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Bayview Loan Servicing LLC et al v. Bias et al

Debtor(s).

Case Number: 20–01035–TWD
Chapter: 0

---

## TRANSMITTAL OF RECORD

The Clerk of the U.S. Bankruptcy Court for the Western District of Washington transmits to the Clerk, **US District Court, Western District of Washington** the original documents relating to the motion of withdrawal of reference filed on **11/25/2020.**

The following documents are included:

Debtor's Motion to Withdraw the Reference as to Counterclaims
Declaration of Counsel Hammack
Bankruptcy Judge's Recommendation Regarding Motion for Withdrawal of Reference

Dated: December 18, 2020

Mark L. Hatcher
Clerk of the Bankruptcy Court