UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: EUNICE BIAS<br><br>　　　　　Debtor.<br>_____<br>BAYVIEW LOAN SERVICING LLC<br><br>　　　　　Plaintiff,<br>　　v.<br>EUNICE BIAS,<br><br>　　　　　Defendant/<br>　　　　　Counterclaimant.<br>_____ | Bankr. Case No. 19-13035-TWD<br><br>Adv. No. 20-01035-TWD<br><br>Civil Case No. C20-1822RSL<br><br>ORDER WITHDRAWING REFERENCE |

This matter comes before the Court on defendant/counterclaimant Eunice Bias' motion for withdrawal of reference regarding the counterclaims asserted in Adversary No. 20-01035-TWD. The motion is unopposed. The Honorable Timothy W. Dore, United States Bankruptcy Judge, has determined that Bias is entitled to a jury trial on the counterclaims and recommends that the motion be granted.

For all of the foregoing reasons, the motion for withdrawal of reference is GRANTED. The automatic reference is hereby WITHDRAWN as to the counterclaims.

ORDER WITHDRAWING REFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this 5th day of January, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge