**JUDGE ROBERT LASNIK**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EUNICE BIAS, AND DOES 10-10,<br><br>　　　　　　　　　　Defendants. | Case No. C20-1822RSL<br><br>DECLARATION OF PLAINTIFF'S COUNSEL CHELLIE HAMMACK RE: CONFIRMATION OF DESTRUCTION OF CHECKS PURSUANT TO COURT ORDER ENTERED 1/28/2022, DOC # 26 |
| EUNICE BIAS,<br>　　　　　　　Counterclaim Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>　　　　　　　Counterclaim Defendant. | |

I, Chellie Hammack, state and affirm as follows:

1. I am the attorney for Counterclaim Plaintiff Bias in the above entitled action. I am over the age of 18 and competent.

---

Declaration of Counsel Chellie Hammack- Page 1　　　　　**C.M. Hammack Law Firm**
Re: Destruction of Checks　　　　　　　　　　　　　　　1604 Hewitt Ave., Suite 313
　　　　　　　　　　　　　　　　　　　　　　　　　　　Everett, WA 98201
　　　　　　　　　　　　　　　　　　　　　　　　　　　(206) 223-1909

2.   Pursuant to the Court's Order, Doc #26, I destroyed the checks issued by Bayview made payable to Eunice Bias, Klinedinst, on this date Janaury 28, 2022.  They were destroyed by shredding.

I declare under penalty of perjury, under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 28th day of January 2022

/s/Chellie Hammack
Chellie Hammack, WSBA#31796
Attorney for Plaintiff Bias

Declaration of Counsel Chellie Hammack- Page 2
Re: Destruction of Checks

**C.M. Hammack Law Firm**
1604 Hewitt Ave., Suite 313
Everett, WA 98201
(206) 223-1909